JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADRAE WATSON, | Case No. CV 19-2271-MWF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GEORGE JAIME, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1